# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

| | |
|---|---|
| TEE NOS POS CHAPTER, <br> Teec Nos Pos, Arizona, <br><br> Petitioner, <br><br> vs. <br><br> THE HONORABLE PERRY GARNENEZ, <br> Judge, District Court of the Navajo <br> Nation, Judicial District of Shiprock, <br><br> Respondent. | No. A-CV-04-79 <br><br> |

The Petition for a Writ of Mandamus, filed the 28th day of February, 1979 and the subsequent Stipulation of both counsel having been received and reviewed by the Acting Chief Justice, the Court finds:

That the Respondent has granted the relief prayed for in the Petition for a Writ of Mandamus.

THEREFORE, the Petition for a Writ of Mandamus is DISMISSED.

Dated this l6th day of March, 1979.

Marie F. Neswood

Acting Chief Justice of the Navajo Nation